IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CORDERRIUS TERRELLE HUNT,**

    Petitioner,

v.　　　　　　　　　　　　　　　　　Case No.: 3:12cv265/MCR/EMT

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 29, 2012 (doc. 5). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This habeas action is **DISMISSED** for lack of jurisdiction.

3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 3rd day of August, 2012.

                   s/ _M. Casey Rodgers_
                   **M. CASEY RODGERS**
                   **CHIEF UNITED STATES DISTRICT JUDGE**